**SANDERS LAW, PLLC**
Craig B. Sanders, Esq. (284397)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
csanders@sanderslawpllc.com
*Attorneys for Plaintiff*
File No.: 102218




RECEIVED
CLERK, U.S. DISTRICT COURT
AUG – 1 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
AUG – 2 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

National Photo Group, LLC,

　　　　　Plaintiff,

vs.

THE PIER CORPORATION,

　　　　　Defendant(s).

Docket No: SACV13-1165-DOC(JPRx)

DEMAND FOR JURY TRIAL

COMPLAINT FOR:
　1) COPYRIGHT INFRINGEMENT

　　　National Photo Group, LLC, by and through its undersigned counsel, states and alleges as follows:

### INTRODUCTION

　　　1.　Plaintiff National Photo Group, LLC ("NPGR") provides entertainment-related photojournalism goods and services. In particular, NPGR owns the rights to a multitude of photographs featuring celebrities, which it licenses to online and print publications.

　　　2.　NPGR's portfolio of celebrity photographs is the bread and butter of its business.

　　　3.　NPGR has obtained U.S. copyright registrations covering many of its photographs, and others are the subject of pending copyright applications.

　　　4.　Defendant The Pier Corporation owns and operates a website known as www.andthatsnews.com.

　　　5.　Without permission or authorization from NPGR, The Pier Corporation copied,

modified, and displayed NPGR's photograph(s) on The Pier Corporation's website www.andthatsnews.com.

6. The Pier Corporation engaged in this misconduct knowingly and in violation of the United States copyright laws.

7. NPGR has been substantially harmed as a result of The Pier Corporation's misconduct.

## JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction over the federal copyright infringement claims pursuant to 28 U.S.C. §1338(a) and 28 U.S.C. §1331. The Court has supplemental jurisdiction over the claims arising under state law pursuant to 28 U.S.C. §1367(a) in that the state claims are so related to the claims over which the court has original jurisdiction that they form part of the same case or controversy.

9. This Court has personal jurisdiction over The Pier Corporation because The Pier Corporation maintains its principal place of business in Orange County, California and purposely directs substantial activities at the residents of California by means of the website described herein.

10. Venue is proper under 28 U.S.C. §1391(a)(2) because The Pier Corporation does business in this Judicial District or because a substantial part of the events or omissions giving rise to the claim occurred in this Judicial District.

## PARTIES

11. NPGR is a California Limited Liability Company and maintains its principal place of business in Los Angeles County, California.

12. On information and belief, The Pier Corporation, a with a principal place of business in Orange County, California is liable and responsible to Plaintiff based on the facts herein alleged.

## FACTUAL ALLEGATIONS

### NPGR's Business

13. NPGR Provides entertainment-related photojournalism goods and services. In particular, NPGR owns the rights to a multitude of photographs which it licenses to online and print publications.

14. NPGR has invested significant time and money in building its photograph portfolio.

### NPGR's Copyrights

15. NPGR has obtained U.S. copyright registrations covering many of its photographs, and others are the subject of pending copyright applications.

16. NPGR's photographs are original, creative works in which NPGR owns protectable copyright interests.

17. NPGR owns several active and valid copyright registrations with the United States Copyright Office (the "USCO"), which registrations cover NPGR's photographs.

18. NPGR also has filed several copyright applications with the USCO, which are presently pending.

19. NPGR applied for and received [a] copyright registration(s) for a collection(s) of photographs, which included the photograph(s) annexed hereto as Exhibit(s) "1" (the "Photograph(s)").

### The Pier Corporation's Website

20. On information and belief, The Pier Corporation is the registered owner of the website located at www.andthatsnews.com (the "Website"). On information and belief, The Pier Corporation operates the Website and is responsible for all Website content.

21. The Website provides, *inter alia*, articles, photographs and other information regarding celebrities.

22. The Website is monetized in that it contains paid advertisements. On information and belief, The Pier Corporation profits from these activities.

### The Pier Corporation's Misconduct

23. Without permission or authorization from NPGR, The Pier Corporation copied, modified, and/or displayed the Photograph(s) on the Website, in violation of NPGR's copyrights. See

Exhibit "1" annexed hereto.

24. On information and belief, the Photograph(s) were copied from the website(s) of NPGR's Clients and reposted on the Website without license or permission, thereby infringing on the Copyrights (the "Infringement(s)").

25. On information and belief, The Pier Corporation was aware of facts or circumstances from which the Infringement(s) was/were apparent. Based on this totality of circumstances, The Pier Corporation cannot claim that it is not aware of the widespread infringing activities, including the Infringement(s), on the Website. Such a claim would amount to willful blindness to the Infringement(s) on the part of The Pier Corporation.

26. On information and belief, The Pier Corporation engaged in the Infringement(s) knowingly and in violation of United States copyright laws.

27. On information and belief, The Pier Corporation has received a financial benefit directly attributable to the Infringement(s). Specifically, by way of the Infringement(s), The Pier Corporation increased traffic to the Website and, in turn, realized an increase in, its advertising revenues and/or merchandise sales.

28. As a result of The Pier Corporation's misconduct, NPGR has been substantially harmed.

## FIRST COUNT

(Copyright Infringement, 17 U.S.C. § 501 *et seq.*)

29. NPGR repeats and incorporates by reference the allegations contained in the preceding paragraphs, as though set forth in full herein.

30. The Photograph(s) are original, creative works in which NPGR owns protectable copyright interests.

31. NPGR has not licensed The Pier Corporation to use the Photograph(s) in any manner, nor has NPGR assigned any of its exclusive rights in the Copyrights to The Pier Corporation.

32. Without permission or authorization from NPGR and in willful violation of NPGR's rights under 17 U.S.C. §106, The Pier Corporation reproduced the Photograph(s).

33. On information and belief, without permission or authorization from NPGR and in

willful violation of NPGR's rights under 17 U.S.C. § 106, The Pier Corporation displayed the Photograph(s) on the Website.

34. The Pier Corporation's reproduction of the Photograph(s) and display of the Photograph(s) on the Website constitutes copyright infringement.

35. On information and belief, thousands of people have viewed the unlawful copies of the Photograph(s) on the Website.

36. On information and belief, The Pier Corporation had knowledge of the copyright infringement alleged herein and had the ability to stop the reproduction and display of NPGR's copyrighted material.

37. The Pier Corporation's copyright infringement has damaged NPGR in an amount to be proven at trial.

## PRAYER FOR RELIEF

**WHEREFORE**, NPGR respectfully requests judgment as follows:

1. That the Court enter a judgment finding that The Pier Corporation has infringed on NPGR's Copyrights in the Photograph(s) in violation of 17 U.S.C. § 501 et seq.;

2. That the Court award damages and monetary relief as follows:

   a. Statutory damages against The Pier Corporation pursuant to 17 U.S.C. § 504(c) of $150,000 per infringement or in the alternative NPGR's actual damages and The Pier Corporation's wrongful profits in an amount to be proven at trial;

   b. NPGR's attorneys' fees pursuant to 17 U.S.C. § 505;

   c. NPGR's costs; and

3. Such other relief that the Court determines is just and proper.

DATED: July 23, 2013

SANDERS LAW, PLLC

Craig B. Sanders, Esq. (284397)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
csanders@sanderslawpllc.com
*Attorneys for Plaintiff*
File No.:102218

## REQUEST FOR JURY TRIAL

Plaintiff hereby demands a trial of this action by jury.

DATED: July 23, 2013

SANDERS LAW, PLLC

_(signature)_

Craig B. Sanders, Esq. (284397)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601
csanders@sanderslawpllc.com
*Attorneys for Plaintiff*
File No.:102218

# EXHIBIT - 1



Photo Owner: National Photo Group, LLC
Photo ID Number: 0
Date Taken: 00/00/0000
Photo Description: Drew Barrymore Sonogram - 021912J21
Photo Location: DrewBarrymore_1375136158.jpg
Copyright Application Date: 00/00/0000
Application Number: VA0001806514
Copyright Registration Date: 00/00/0000
Registration Number: VA0001806514

Domain:
www.andthatsnews.com
URL:
http://www.andthatsnews.com/tag/drew-barrymore/
http://www.andthatsnews.com/celebrities/drew-barrymore-is-expecting/
Observed Date: 07/17/2012





Photo Owner: National Photo Group, LLC
Photo ID Number: 0
Date Taken: 00/00/0000
Photo Description: Drew Barrymore Sonogram - 021912J21
Photo Location: drew-barrymore-Face_1375136245.jpg
Copyright Application Date: 00/00/0000
Application Number: VA0001806514
Copyright Registration Date: 00/00/0000
Registration Number: VA0001806514

Domain: www.andthatsnews.com
URL: http://www.andthatsnews.com/tag/drew-barrymore/http://www.andthatsnews.com/celebrities/drew-barrymore-is-expecting/
Observed Date: 07/17/2012



Photo Owner: National Photo Group, LLC
Photo ID Number: 0
Date Taken: 00/00/0000
Photo Description:Drew Barrymore Sonogram - 021912J21
Photo Location:drew-barrymore-sonogram_1375136466.jpeg
Copyright Application Date:00/00/0000
Application Number: VA0001806514
Copyright Registration Date:00/00/0000
Registration Number:VA0001806514

Domain: www.andthatsnews.com
URL: http://www.andthatsnews.com/tag/drew-barrymore/
http://www.andthatsnews.com/celebrities/drew-barrymore-is-expecting/
Observed Date: 07/17/2012



Photo Owner: National Photo Group, LLC
Photo ID Number: 0
Date Taken: 00/00/0000
Photo Description:Drew Barrymore Sonogram - 021912J21
Photo Location:DrewBarrymore_1375136168.jpg
Copyright Application Date:00/00/0000
Application Number: VA0001806514
Copyright Registration Date:00/00/0000
Registration Number:VA0001806514

Domain: www.andthatsnews.com
URL: http://www.andthatsnews.com/tag/pregnant/
Observed Date: 07/17/2012





Photo Owner: National Photo Group, LLC
Photo ID Number: 0
Date Taken: 00/00/0000
Photo Description:Drew Barrymore Sonogram - 021912J21
Photo Location:drew-barrymore-Face_1375136253.jpg
Copyright Application Date:00/00/0000
Application Number: VA0001806514
Copyright Registration Date:00/00/0000
Registration Number:VA0001806514

Domain: www.andthatsnews.com
URL: http://www.andthatsnews.com/tag/pregnant/
Observed Date: 07/17/2012



Photo Owner: National Photo Group, LLC
Photo ID Number: 0
Date Taken: 00/00/0000
Photo Description:Drew Barrymore Sonogram - 021912J21
Photo Location:drew-barrymore-sonogram_1375136474.jpeg
Copyright Application Date:00/00/0000
Application Number: VA0001806514
Copyright Registration Date:00/00/0000
Registration Number:VA0001806514

Domain: www.andthatsnews.com
URL: http://www.andthatsnews.com/tag/pregnant/
Observed Date: 07/17/2012