**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL PHOTO GROUP, LLC. | Docket No: 8:13-CV-1165-DOC-(JPR) |
| Plaintiff, | **JUDGMENT** |
| vs. | **Hon. David O. Carter** |
| THE PIER CORPORATION, | |
| Defendant. | |

On November 11, 2013, the Court Clerk entered default against Defendant, The Pier Corporation. On March 10, 2014, the Court having considered the motion and supporting papers, Granted Plaintiff, National Photo Group, LLC's Motion for Default Judgment.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, pursuant the Court's Order Granting Motion for Default Judgment and good cause appearing therefor, judgment be entered against THE PIER CORPORATION in the amount of Seventeen Thousand Five Hundred Sixty-Five Dollars ($17,565.00), which sum represents the following components of damages, fees and costs:

1. $13,500.00 in statutory damages pursuant to the Copyright Act, 17 U.S.C. §501 et. seq.;
2. $3,600.00 in attorneys' fees; and
3. $465.00 in costs.

DATED: March 27, 2014

_____
HON. DAVID O. CARTER